IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BEEPER VIBES, INC.,

      Plaintiff,

      vs.                              Case No. 3:10cv0472

WESTFIELD GROUP LTD, et al.,      JUDGE WALTER HERBERT RICE

      Defendants.

---

PRELIMINARY PRETRIAL/SCHEDULING ORDER; TRIAL DATE AND OTHER DATES SET, UPON A TENTATIVE BASIS; SCHEDULE FOR DISCOVERY AND BRIEFING OF JURISDICTIONAL MOTION

---

The captioned cause came on to be heard upon a preliminary pretrial/scheduling conference on Tuesday, March 1, 2011.

The Defendants have filed a Motion to Dismiss or, in the Alternative, to Transfer Venue (Doc. #6). The parties will have until the close of business on April 4, 2011, to conduct whatever discovery is deemed necessary in order to further prosecute or defend said Motion. The Plaintiff's Memorandum Contra said Motion to Dismiss is to be filed not later than the close of business on April 18, 2011, with the moving Defendant's Reply Memorandum to be filed not later than May 2, 2011. Once said decision is filed, the Court will convene a further telephone conference call, should the captioned cause remain viable on this Court's

docket, in order to determine the viability of the trial date and other dates set forth below.

Trial upon the merits of the captioned cause, before a duly impaneled jury, is set to begin at 9:00 a.m. on Monday, January 23, 2012. The final pretrial conference will be held, by conference call telephone communication, beginning at 5:00 p.m. on Tuesday, January 10, 2012, with the jointly prepared Final Pretrial Order to be filed not later than the close of business on January 3, 2012.

March 2, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

2