# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BEEPER VIBES, INC., | : | |
| Plaintiff, | : | Case No. 3:10cv00472 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| WESTFIELD GROUP, LTD., et al., | : | |
| Defendants. | : | |

# NOTICE

The discovery phase of this case has ended.  No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending.  The case is presently set for further proceedings, including trial, before United States District Judge Walter H. Rice.  The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.


May 16, 2012

                                                  s/Sharon L. Ovington  
                                                  Sharon L. Ovington  
                                                United States Magistrate Judge