IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BEEPER VIBES, INC.

        Plaintiff(s), :    Case No. 3:10-cv-472

- vs -

                              :    Judge Walter Herbert Rice

WESTFIELD GROUP, LTD, et. al.,

        Defendant(s). :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

September 19, 2012

                                       WALTER HERBERT RICE, JUDGE
                                       UNITED STATES DISTRICT COURT

AOProcessing/"Case Settled. Final performance due 9/3/2013."